THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK PAOLILLO, Appellant.

Argued May 27, 1954; decided July 14, 1954.

*Harry A. Davidow* for appellant.

*Harry C. Brenner, District Attorney* (*Charles R. Thom* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.